FAX or Internet

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

In the Matter of the Search of
**2009 HONDA RIDGELINE BEARING UTAH LICENSE PLATE: 1P5RM, VIN: 5FPYK16449B103344**

)
)  Case No. 22-4339 MJ
)
)

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer.

An electronic application by a federal law enforcement officer for the government requests the search of the following person or property located in the _____ District of  Arizona
*(identify the person or describe the property to be searched and give its location)*: **See Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal: **See Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before   September 21, 2022
*(not to exceed 14 days)*

[X] in the daytime 6:00 a.m. to 10 p.m.     [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge  **Any U.S. Magistrate Judge in the D. of Arizona**  .
         *(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. § 3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  [ ] for _____ days *(not to exceed 30)*.
                                                                      [ ] until, the facts justifying, the later specific date of _____ .

Date and Time Issued: _____       **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2022.09.07 13:26:50 -07'00'
                                                                           *Judge's Signature*

City and State:   Flagstaff, Arizona            Camille D. Bibles, United States Magistrate Judge

## ATTACHMENT A – THING TO BE SEARCHED

**Description:**  2009 Gray Honda Ridgeline
Utah License Plate 1P5RM
VIN: 5FPYK16449B103344
Registered owner: Ernesto Molina Baez

**Location:** The vehicle is currently within the custody of Arizona Department of Public Safety in Kingman, Arizona.

## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1. Any electronic devices, including but not limited to cellular phones and tablets. Any such devices will be seized, but a separate search warrant or warrants will be sought if such devices are located within the vehicle.

2. Any cash or cash equivalents that could be used to pay enforcers or hitmen.

3. Any wire transfer receipts.

4. Any weapons, including but not limited to guns or knives.

5. Any constraint devices, including but not limited to rope and duct tape.

6. Any biological evidence, including but not limited to blood, saliva, and semen, and any clothing or other items that may contain such biological evidence.

7. Any personal items, including but not limited to wallets or credit cards, that could be used for travel related expenses.

8. Any things (e.g., maps, gas receipts, food receipts) that show the location(s) of the vehicle and/or its route of travel near the time of the offense.

9. Any other fruits or instrumentalities of the crime of kidnapping.

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  |  |  |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*

FAX or Internet

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:
**2009 HONDA RIDGELINE BEARING
UTAH LICENSE PLATE: 1P5RM, VIN:
5FPYK16449B103344**

)
)   Case No. **22-4339 MJ**
)
)

(Original To Be Filed With Court)

### ELECTRONIC APPLICATION FOR SEARCH WARRANT

I, the undersigned, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on and within the following person or property:
**See Attachment A.**
located in the _____ District of _____ Arizona _____ , there is now concealed:
**See Attachment B.**
The basis for the search under Fed. R. Crim. P. 41(c) is:

[X] evidence of a crime;

[X] contraband, fruits of crime, or other items illegally possessed;

[X] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

*Code Sections*          *Offense Descriptions*
18 U.S.C. 1201(a)         Kidnapping

The application is based upon the following facts:
[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice of _____ days (give exact ending date if more than 30 days) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: */s AUSA Wayne Venhuizen*
**Pursuant to 28 U.S.C. §1746(2), I declare under penalty
of perjury that the foregoing is true and correct.**

_____
*Applicant's Signature*

Executed on  9/7/2022

David Loos, Special Agent, FBI
*Printed Name and Title*

__x__ Sworn by Telephone
Date/
Time:

**Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.09.07 13:27:26 -07'00'
*Judge's Signature*

City and State:  Flagstaff, Arizona

Camille D. Bibles, United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A – THING TO BE SEARCHED

**Description:** 2009 Gray Honda Ridgeline
Utah License Plate 1P5RM
VIN: 5FPYK16449B103344
Registered owner: Ernesto Molina Baez

**Location:** The vehicle is currently within the custody of Arizona Department of Public Safety in Kingman, Arizona.

## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1. Any electronic devices, including but not limited to cellular phones and tablets. Any such devices will be seized, but a separate search warrant or warrants will be sought if such devices are located within the vehicle.

2. Any cash or cash equivalents that could be used to pay enforcers or hitmen.

3. Any wire transfer receipts.

4. Any weapons, including but not limited to guns or knives.

5. Any constraint devices, including but not limited to rope and duct tape.

6. Any biological evidence, including but not limited to blood, saliva, and semen, and any clothing or other items that may contain such biological evidence.

7. Any personal items, including but not limited to wallets or credit cards, that could be used for travel related expenses.

8. Any things (e.g., maps, gas receipts, food receipts) that show the location(s) of the vehicle and/or its route of travel near the time of the offense.

9. Any other fruits or instrumentalities of the crime of kidnapping.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
**ELECTRONICALLY SUBMITTED AFFIDAVIT**

I, David Loos, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Salt Lake City Division, state under oath as follows:

1. Your affiant has been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since July 2010, and is currently assigned to the FBI Safe Streets Task Force (SSTF). Since joining the FBI, I have investigated violations of federal law involving murder, rape, assault, child sexual abuse, kidnapping, international drug trafficking, and firearms violations. Federal prosecuting offices have relied on investigations I have conducted or materially assisted in conducting to successfully prosecute defendants for felony violations of federal law. In the course of these investigations I have utilized or participated in a variety of traditional and sophisticated investigative techniques.

2. The information contained in this affidavit is based upon your affiant's personal knowledge, training, experience, as well as information provided by other law enforcement officers and witnesses including those listed herein. Your affiant has not included every fact known to him concerning this investigation. Your affiant has set forth only the facts necessary to establish probable cause to support issuance of the requested search warrant.

1

## Facts Establishing Probable Cause

3. On or about August 31, 2022, at approximately 4:37 p.m., C.R. (hereinafter Witness 1) contacted the West Valley City Utah Police Department regarding his girlfriend, R.P. (hereinafter Victim 1), and her two children, G.P. (hereinafter Victim 2) and A.P. (hereinafter Victim 3).

4. Witness 1 told police he had spoken with Victim 1 that morning by phone at approximately 7:00 a.m. to wake her up so she could take her kids to school. Witness 1 told officers that Victim 1 told him that her ex-husband, Gabriel Perez-Espinoza, (hereinafter GABRIEL), who is currently incarcerated at the Salt Lake County Jail, was on the other line (calling from the jail) and that she had to hang up to speak with GABRIEL. Witness 1 said he attempted to contact Victim 1 several times after that call and had not heard back from her.

5. Witness 1 advised officers at approximately 11:00 a.m. that A.Z. (hereinafter Witness 2), who is a friend of Victim 1, attempted to contact Victim 1 by phone to give money for the kids but could not get in contact with Victim 1. Witness 2 stated that this behavior is abnormal for Victim 1. Witness 1 and E.O (hereinafter Witness 3), who works with Victim 1, went to Victim 1's apartment located in West Valley City to check on her, as it was abnormal for Victim 1 not to return their calls.

6. Witness 1 and Witness 3 were not able to contact Victim 1 at the apartment. Both Witness 1 and Witness 3 stated this behavior is very concerning

2

as Victim 1's ex-husband GABRIEL has threatened Victim 1 previously, stating that if Victim 1 engaged in a relationship with another man, GABRIEL would kill Victim 1 and/or her family.

7. Witness 1 told officers that Victim 1 lives at the apartment with her two children (Victim 2 and Victim 3) and Rodolfo Perez ESPINOZA (hereinafter RODOLFO). RODOLFO and GABRIEL are brothers. Officers learned that Witness 2 received a message from RODOLFO on August 31, 2022, at approximately 12:28 p.m., stating that he (RODOLFO) is the brother-in-law of Victim 1 and asking if Witness 2 could let "Viri" know she (Victim 1) will not be able to work at her place of employment anymore. RODOLFO told Witness 2 that he (RODOLFO) will bring the keys to the store later.

8. Witness 1 told officers that Witness 2 contacted RODOLFO via Facebook Messenger and Victim 1 answered the phone. Witness 2 recorded the call with a separate cell phone as she spoke with Victim 1. In summary, the audio call begins with Witness 2 asking Victim 1 who was threatening her. Victim 1 responded by saying that it was the father of her (Victim 1's) children but that she (Victim 1) can't talk because they are going to do something to her. Witness 2 asked Victim 1 where she was at. Victim 1 told Witness 2 that she (Victim 1) does not know where she is at exactly but that she is arriving in Las Vegas, Nevada. Victim 1 told Witness 2 that she (Victim 1) was with "Kiki" (which investigators

3

learned from jail calls was RODOLFO's nickname). Witness 2 asked Victim 1 if RODOLFO was taking her (Victim 1) to Mexico. Victim 1 responded that he was.

9. An emergency cell phone ping was utilized on Victim 1's cell phone. The cell phone emergency ping showed the phone was located in Las Vegas, Nevada, at approximately 7:51 p.m. Officers identified Victim 1's vehicle as a Honda Ridgeline bearing Utah license plate 1P5RM. Witness 1 stated this vehicle belonged to Victim 1.[1] Officers responded to Victim 1's apartment, and after knocking repeatedly, did not locate anyone home. Witness 1 met with officers on scene and confirmed Victim 1's Honda Ridgeline was gone. An emergency ping was initiated on the phone of RODOLFO, which also pinged in Las Vegas, Nevada.

10. With the assistance of multiple law enforcement agencies monitoring the freeway toward the Nevada and Arizona border, Arizona Department of Public Safety managed to locate the Honda Ridgeline at a gas station in Kingman, Arizona. RODOLFO and an associate identified as BRAWLLAM SAMUEL SOTO BORQUEZ (hereinafter BORQUEZ) were located and arrested in the Honda Ridgeline. Witness 1 stated BORQUEZ is an associate of RODOLFO who is likely helping RODOLFO kidnap Victim 1. Victim 1, Victim 2, and Victim 3 were also found in the Honda Ridgeline and were safely recovered.

---

[1] Victim 1 is not the registered owner of this vehicle, but the investigation suggests she used the vehicle as though it belonged to her.

4

11. Investigators responded to the Salt Lake County jail to review GABRIEL's jail calls. In doing so, investigators discovered GABRIEL spoke with RODOLFO and Victim 1 on the phone on August 30 and August 31, 2022. In summary, GABRIEL threatens Victim 1 if she does not agree to go to Mexico. Further, GABRIEL also threatens Victim 1's family if Victim 1 does not cooperate. GABRIEL instructs RODOLFO to take Victim 1's car keys and cell phone and to not let Victim 1 leave the apartment. GABRIEL instructs RODOLFO to take Victim 1 to Mexico.

12. Based on the foregoing information, your affiant believes the defendants RODOLFO PEREZ ESPINOZA and BRAWLLAM SAMUEL SOTO BORQUEZ utilized the Honda Ridgeline to kidnap Victim 1, Victim 2, and Victim 3, and, in committing or in furtherance of the commission of the offense, traveled in interstate commerce from Salt Lake City, Utah, to Kingman, Arizona, in violation of Title 18, United States Code, Section 1201(a), kidnapping.

### Things to Be Searched for and Seized

13. Your affiant is seeking a search warrant for the Honda Ridgeline, which is particularly described in Attachment A.

14. Your affiant believes that there is probable cause to support that evidence related to the kidnapping is in or on the Honda Ridgeline and seeks to search for and seize the items described in Attachment B.

5

15. Specifically, your affiant is seeking to search for and seize any electronic devices found within the vehicle, including but not limited to cellular phones and tablets. Electronic devices are used to communicate and access the internet. Electronic devices such as cellular phones contain information that may show a person's movement, location, calls, texts, and related information, as well as the times those things occurred. Any such devices will be seized, but a separate search warrant or warrants will be sought if such devices are located within the vehicle.

16. Your affiant is also seeking to search the vehicle for cash or cash equivalents that could be used to pay enforcers or hitmen; wire transfer receipts; weapons, including but not limited to guns or knives; constraint devices, including but not limited to rope and duct tape; any biological evidence, including but not limited to blood, saliva, and semen, as well as any clothing or other items that may contain such biological evidence; and personal items, including but not limited to wallets or credit cards, that could be used for travel related expenses.

17. Your affiant is also seeking to search the vehicle for any things in the vehicle that show the location(s) of the vehicle and/or its route of travel near the time of this offense. Based on your affiant's training and experience, tracking a person's or even a vehicle's movement before, during, and/or after a crime can be extremely beneficial in showing intent, planning, flight, as well as the actual act(s) involved in the alleged crime. It also may assist in identifying perpetrators, witnesses, and/or

6

accomplices. Such things may include maps and receipts for locations visited while traveling, such as gas receipts and/or food receipts that are date and/or time stamped.

18. Your affiant is also seeking to search the vehicle for any other fruits or instrumentalities of the crime of kidnapping.

19. The things to be searched for and seized are further described in Attachment B.

## Conclusion

20. Based on the foregoing, your affiant believes that violations of federal law have occurred, including a violation of Title 18, United States Code, Section 1201(a), kidnapping, and that there is probable cause to believe that evidence of that crime is located in and/or on the Honda Ridgeline described in Attachment A. Therefore, your affiant requests that this Court issue a search warrant for the vehicle described in Attachment A to search for and seize the evidence described in Attachment B.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2021

David Loos
Special Agent
Federal Bureau of Investigation

_X_ Sworn by Telephone

Date/Time: _____

**Camille D. Bibles**

Digitally signed by Camille D. Bibles
Date: 2022.09.07 13:26:19 -07'00'

Camille D. Bibles
United States Magistrate Judge

8